IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| HANS GARCIA-JORDAN,<br><br>   **Plaintiff,**<br><br>       v.<br><br>DAVID SHULKIN, SECRETARY OF THE VETERANS AFFAIRS, *et al.*,<br><br>   **Defendants.** | CIVIL NO. 15-1094 (JAG) |

## JUDGMENT

GARCIA GREGORY, D.J.

Pursuant to the Court's Opinion and Order issued today, Docket No. 54, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's age discrimination and retaliation claims under the ADEA. This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 12th day of March, 2018.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
United States District Judge
